Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JOHN MICHAEL SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL SMITH,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-CV-04439 (EGC)<br><br>**STIPULATION FOR BRIEFING EXTENSION; ORDER**<br><br>**Doc. 9** |

On June 9, 2026, Plaintiff John Michael Smith filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying his application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on August 6, 2026. (ECF Doc. 8) Plaintiff's motion for summary judgment is currently due to be filed on or before September 8, 2026. (ECF Doc. 4, p.2:16-17)

Pursuant to this Court's Scheduling Order, Plaintiff seeks an extension of thirty (30) days to file her motion. (ECF Doc. 4 at p. 3:20-21) This is Plaintiff's first request for an extension of

time. Plaintiff's counsel seeks the extension due to conflicting briefing deadlines in additional disability appeal matters. *See, Costa v. Comm'r. of Soc. Sec. Admin*., 690 F.3d 1132, 1134 at n.1 (9th Cir. 2021) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: September 1, 2026

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
JOHN MICHAEL SMITH

Dated: September 1, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By: *Oscar Gonzalez de Llano**
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorney for Defendant
*(authorized by email dated 09/01/2026)

**ORDER**

Pursuant to the parties' foregoing stipulation, (Doc. 9), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including October 8, 2026, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 4), are enlarged accordingly.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE