Melissa Newel (CA SB#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JOHN MICHAEL SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL SMITH,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-CV-04439-EGC<br><br>**STIPULATION FOR FURTHER BRIEFING EXTENSION; ORDER**<br><br>**Doc. 15** |

On June 9, 2026, Plaintiff John Michael Smith filed a civil action for judicial review of the defendant Commissioner of Social Security's decision denying his application for Social Security disability insurance benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on August 6, 2026. (ECF Doc. 8) Plaintiff's motion for summary judgment is currently due to be filed on or before October 23, 2026. (ECF Doc. 14)

Pursuant to this Court's Scheduling Order [ECF Doc. 4 at p. 3:20-22], Plaintiff seeks an extension of sixty (60) days to file his motion due to counsel breaking their arm, confirmed by X-ray on October 19, 2026. This is Plaintiff's third request for an extension of time. The parties

previously stipulated to a thirty-day extension due to counsel's conflicting deadlines in other disability appeals before the Court. (ECF Docs. 9 and 12) Counsel requested, and was granted, a further extension of fifteen days due to unanticipated out-of-state travel and time away from the office in connection with a family member's terminal illness. (ECF Docs. 13 and 14) Plaintiff's counsel, a solo practitioner, sincerely regrets a third extension request; however, the cast does not allow for finger mobility necessary to type lengthy legal briefs. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: October 20, 2026

NEWEL LAW

By: Melissa Newel

Melissa Newel
Attorney for Plaintiff
JOHN MICHAEL SMITH

Dated: October 20, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By: Oscar Gonzalez de Llano*

OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorney for Defendant
*(*authorized by email dated 10/20/2026*)

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of sixty (60) days to file his Opening Brief. The Opening Brief shall be filed on or before December 22, 2026 and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE